PONTOOSUC WOOLEN MANUFACTURING COMPANY, Respondent, v. ABRAHAM SCHEINBERG, Appellant.— Judgment affirmed, with costs. No opinion. Present Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

BEEKWILL REALTY CORPORATION, Appellant, v. THE CITY OF NEW YORK, Respondent.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

In the Matter of the Judicial Settlement of the Account of DOROTHY FROOKS as Executrix, etc., of BELLE T. WAINWRIGHT, Deceased. DOROTHY FROOKS, as Accounting Executrix; CALLIE THOMAS and Others.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant within one week files an undertaking to secure the payment of any amount found due by her, with interest and costs. If such undertaking is filed; appellant may have until April 1, 1930, to serve and file the case on appeal. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ROBERT E. MYERS and Another v. WILLIAM J. TONKIN and Another.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure the record on appeal to be filed on or before March 25, 1930. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

WILLIAM S. DEYO v. MILLS NOVELTY COMPANY.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure the record on appeal to be filed on or before April 1, 1930. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THE FRANKLIN SOCIETY FOR HOME BUILDING AND SAVINGS v. ALFORD E. PIGGOTT and Others.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure the record on appeal to be filed on or before March 25, 1930. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

HARRY BLACK v. ISIDORE GOLDSTEIN and Another, Impleaded, etc.— Motion to dismiss appeal granted, with ten dollars costs, unless appellants submit the appeal forthwith as they offer to do. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ESTELLE A. REICH v. BERNARD H. REICH.— Motion denied and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

CHARLES E. CAMERON v. PURDUE REALTY CORPORATION, Impleaded, etc.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

FLANSON REALTY CORPORATION v. WORKERS' UNITY HOUSE, INC.— Motion granted and the time of plaintiff within which to serve complaint extended until five days after determination of appeal. Appeal to be argued or submitted March 21, 1930. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.